# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>            Plaintiff<br>    vs.<br><br>MICHELLE DOLORES BAXTER,<br>            Defendant | CASE NO. 14CR1003-H<br><br>JUDGMENT AND ORDER OF DISMISSAL OF INFORMATION, EXONERATE BOND AND RELEASE OF PERSONAL PROPERTY |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS SO ORDERED that the information in the above-entitled case be dismissed with prejudice, the bond be exonerated, and Pretrial Services to release any of the defendant's personal property held by Pretrial Services.

IT IS SO ORDERED.

Dated: April 23, 2015

*(signature)*
Hon. Jill L. Burkhardt
United States Magistrate Judge